No. 92–1855. MILOSLAVSKY ET AL. *v.* AES ENGINEERING SOCIETY, INC., ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 92–1857. ROYAL FOOD PRODUCTS, INC. *v.* BUCKEYE UNION INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 92–1860. DOUGLAS ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1863. ALIOTA ET UX. *v.* GRAHAM ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1864. AKRIDGE ET AL. *v.* AMBAC INDEMNITY CORP. Sup. Ct. Ga. Certiorari denied.

No. 92–1865. DELEONARDIS *v.* KOCH, SPECIAL COUNSEL, OFFICE OF THE SPECIAL COUNSEL. C. A. 5th Cir. Certiorari denied.

No. 92–1866. GOODWIN *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 92–1867. BUTTS ET AL. *v.* MOUTRAY. C. A. 8th Cir. Certiorari denied.

No. 92–1868. SEA-LAND SERVICE, INC. *v.* TINSLEY ET UX. C. A. 9th Cir. Certiorari denied.

No. 92–1869. BULLWINKLE *v.* ALASKA. C. A. 9th Cir. Certiorari denied.

No. 92–1870. VOINCHE *v.* UNITED STATES DEPARTMENT OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied.

No. 92–1871. COMMONWEALTH LAND TITLE INSURANCE CO. *v.* CORMAN CONSTRUCTION, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–1872. FACEMIRE *v.* DUFF ET AL. C. A. 4th Cir. Certiorari denied.